**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY COMPANY, as subrogee of Betty Davis-Cracraft, <br><br> Plaintiff, <br><br> v. <br><br> GREE USA, INC., <br><br> Defendant. | No: 18-275 <br><br> **JURY DEMAND** |

## COMPLAINT

NOW COMES Plaintiff, Allied Property and Casualty Company as subrogee of Betty Davis-Cracraft, by and through its attorneys, Cozen O'Connor, and for its Complaint against Defendant Gree USA, states as follows:

## PARTIES

1. Plaintiff Allied Property and Casualty Company ("Allied") has been at all times relevant hereto an insurance corporation is and was duly organized and existing under the laws of the State of Iowa, with its principal place of business at 701 Fifth Avenue, Des Moines, Iowa 50309. At all times relevant, Plaintiff Allied was authorized to conduct the business of insurance within the State of Iowa.

2. At all times relevant, Plaintiff's member, Betty Davis-Cracraft ("Davis-Cracraft") was a resident and citizen of the State of Iowa with a residence at 7119 Jefferson Avenue, Windsor Heights, Iowa 50324 (the "Premises").

3. Defendant Gree USA, Inc. ("Gree") is, upon information and belief, a California corporation with a principal place of business at 20035 East Walnut Drive North, City of Industry, California, 91789. At all times relevant hereto, Gree was engaged in the business of designing, manufacturing, distributing, selling, and/or supplying home appliances, including dehumidifiers in and throughout the United States, including Iowa.

## JURISDICTION & VENUE

4.      Jurisdiction is proper based upon the diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

5.      Venue is proper in the Southern District of Iowa pursuant to 28 U.S.C. § 1391 because it is the judicial circuit in which a substantial part of the events giving rise to the claim occurred.

## COMMON ALLEGATIONS

6.      At all times relevant, Allied provided property insurance to Davis-Cracraft with respect to her real and personal property at the Premises, as well as additional living expenses.

7.      On or before November 29, 2015, Davis-Cracraft owned a SoleusAir dehumidifier, model GM-DEH-45-1 dehumidifier, designed, manufactured, marketed, distributed, and/or sold by Defendant Gree ("the Dehumidifier").

8.      At all times relevant, the Dehumidifier was in substantially the same condition as when introduced into the stream of commerce by Defendant.

9.      On or about September 12, 2013, the Consumer Product Safety Commission issued a recall of the Dehumidifier.

10.     The Dehumidifier was recalled because the "dehumidifiers can overheat, smoke, and catch fire, posing fire and burn hazards to consumers." (*See* Consumer Products Safety Commission Recall No. 13-283, issued September 12, 2013, attached as ***Exhibit "A"***).

11.     On or about November 29, 2015, the Dehumidifier caught fire in the basement of the Premises.

12.     The fire caused substantial damage and destruction to Davis-Cracraft's real and personal property, as well as emergency expenses and additional living expenses.

13.     As a result of the fire, Davis-Cracraft made a claim to Allied pursuant to their insurance policy, and Allied reimbursed Davis-Cracraft for those claims in an amount in excess of $200,000.00.

14. By virtue of its payments, Allied is now legally, equitably, and contractually subrogated to Davis-Cracraft's claims against any responsible third parties, including the Defendant.

## COUNT I
### (Products Liability)

15. Plaintiff incorporates paragraphs 1-14 by reference as if set forth at length herein.

16. Gree designed, manufactured, marketed, distributed, sold, and/or placed into the stream of commerce the Dehumidifier.

17. The Dehumidifier was defective and unreasonably dangerous at the time it left Gree's control.

18. The Dehumidifier was expected to and did reach the consumer, Davis-Cracraft, without substantial change and remained in substantially the same condition and without any material alterations from the time it was sold until the date of the fire.

19. The Dehumidifier was used for its intended purpose and/or for a purpose that was reasonably foreseeable by Gree.

20. The Dehumidifier was defective in design and/or manufacture in that it could overheat, smoke and catch fire, posing fire and burn hazards to consumers.

21. The Dehumidifier was defective in design and/or manufacture in that it deviated in a material way from its manufacturing performance standards and/or deviated in a material way from otherwise identical units manufactured to the same design.

22. The Dehumidifier was defective in design and/or manufacture in that when it left Gree's custody and control, the foreseeable risks and dangers exceeded the benefits associated with the design and manufacture and/or the design and manufacture was more dangerous than an ordinary consumer would expect when used in its intended and reasonably foreseeable manner.

23. The Dehumidifier was defective due to inadequate warning or instruction.

24. Gree knew or should have known of the defects in the Dehumidifier, and failed to address the defects or otherwise warn consumers.

25. As a direct and proximate cause of the defective and unreasonably dangerous condition of the Dehumidifier, the fire occurred, causing extensive damage to the real and personal property of Davis-Cracraft.

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendant Gree for the damages alleged, for pre-verdict interest and/or post-verdict interest, and for all other costs allowed by law.

## COUNT II
**(Negligence)**

26. Plaintiff incorporates paragraphs 1-14 by reference as if set forth at length herein.

27. Gree designed, manufactured, marketed, distributed, sold, and/or placed the Dehumidifier into the stream of commerce.

28. At all relevant times, Defendant owed Plaintiff and Davis-Cracraft a duty to use reasonable care in the design, manufacturing, assembly, and sale of its dehumidifier, so that the dehumidifiers were safe and free of defects.

29. The Fire and resulting damage was the result of a malfunction in the Dehumidifier in the course of its ordinary use.

30. The malfunction of the Dehumidifier was due to a defective condition in the Dehumidifier in that it could overheat, smoke and catch fire, posing fire and burn hazards to consumers.

31. The Dehumidifier contained the defect when it left Gree's possession and control.

32. Gree had a duty to warn persons who might reasonably use Gree dehumidifiers of dangerous defects in its products.

33. It was foreseeable to Gree that if Gree designed, manufactured, distributed, and sold a defective dehumidifier and/or if Gree failed to warn of such defect, purchasers of such defective products could incur personal injury or property damage.

34. Davis-Cracraft used the subject Dehumidifier for its intended and/or reasonably foreseeable purpose.

35. Gree breached its duties by designing, manufacturing, marketing, distributing, and selling the Dehumidifier with the dangerous defect and/or by failing to warn of the defect and/or by failing to adopt a safer, practical, feasible, or otherwise reasonable alternative design that could have been reasonably adopted that would have prevented or substantially reduced the risk of harm without substantially impairing the usefulness, practicality, or desirability of the Dehumidifier.

36. As a direct and proximate result of Defendant's negligence, carelessness, and recklessness, a fire started in the basement of the Premises and caused substantial damage to Davis-Cracraft's real and personal property.

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendant Gree for the damages alleged, for pre-verdict interest and/or post-verdict interest, and for all other costs allowed by law.

Dated: August 16, 2018                    Respectfully Submitted,


By: /s/ Kevin J. Driscoll

Kevin J. Driscoll
Finley Law Firm, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Phone: 515.288.0145
kdriscoll@finleylaw.com

and

Marisa L. Saber (*to be admitted PHV*)
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
Phone: (312) 382-3100
Fax: (312) 382-8910
msaber@cozen.com

*Attorneys for Plaintiff*



**United States**
CONSUMER PRODUCT SAFETY COMMISSION

# Gree Recalls 12 Brands of Dehumidifiers Due to Serious Fire and Burn Hazards; More Than $2 Million in Property Damage Reported

Note: Four additional models of SoleusAir dehumidifiers have been added, several date code ranges have been expanded and 160 additional incidents and 25 more fires reported. (Oct. 30, 2013) This recall was expanded on January 30, 2014 to include 350,000 GE-brand dehumidifiers made by Gree.









EXHIBIT A

https://www.cpsc.gov/recalls/2013/gree-recalls-12-brands-of-dehumidifiers

10/20/2017



## Recall Summary

**Name of product:**
Dehumidifiers

**Hazard:**
The dehumidifiers can overheat, smoke and catch fire, posing fire and burn hazards to consumers.

**Remedy:**

Refund

**Recall date:**

September 12, 2013

**Recall number:**

13-283

Consumer Contact:

**Gree toll-free at (866) 853-2802 from 8 a.m. to 6 p.m. ET Monday through Friday or online at www.greeusa.com and click on Recall for more information.**

# Recall Details

## In Conjunction With:

## Description:

This recall involves 20, 25, 30, 40, 45, 50, 65 and 70-pint dehumidifiers with brand names Danby, De'Longhi, Fedders, Fellini, Frigidaire, Gree, Kenmore, Norpole, Premiere, Seabreeze, SoleusAir and SuperClima. Recalled model numbers and date codes are listed below. The brand name and the pint capacity are printed on the front of the dehumidifier. The model number and date code are printed on a sticker on the back, front or side of the unit. The dehumidifiers are white, beige, gray or black plastic and measure between 19 and 24 inches tall, 13 and 15 inches wide, and 9 and 11 inches deep.

**Danby or Premiere**

| Model number | Capacity | Date code range |
|---|---|---|
| DDR3011 | 30-pint | All units |
| DDR30P | 30-pint | All units |
| DDR4511 | 45-pint | All units |
| DDR45P | 45-pint | All units |
| DDR6511 | 65-pint | All units |
| DDR65CHP | 65-pint | All units |

**De'Longhi or SuperClima**

| Model number | Capacity | Date code range |
|---|---|---|
| DDSE30 | 30-pint | All units |
| DDSE40 | 40-pint | All units |
| DG50 | 50-pint | All units |

Fedders

| Model number | Capacity | Date code range |
|---|---|---|
| FEDH-MAH030-C15 | 30-pint | All units |
| FEDH-MAH070-C15 | 70-pint | All units |

Fellini

| Model number | Capacity | Date code range |
|---|---|---|
| 13-06030 | 50-pint | All units |
| 13-06031 | 70-pint | All units |

Frigidaire

| Model number | Pint capacity | Date code range |
|---|---|---|
| FDB30R1 | 30-pint | 01/07 through 09/08 |
| FDB50R1 | 50-pint | 01/07 through 09/08 |
| FDB70R1 | 70-pint | 01/07 through 09/08 |
| FDD25S1 | 25-pint | 01/07 through 09/08 |
| FDF50S1 | 50-pint | 01/07 through 09/08 |
| FDF70S1 | 70-pint | 01/07 through 09/08 |
| FDL30R1 | 30-pint | 01/07 through 09/08 |
| FDL50R1 | 50-pint | 01/07 through 09/08 |
| FDL50S1 | 50-pint | 01/07 through 09/08 |

| Model number | Capacity | Date code range |
|---|---|---|
| FDL70R1 | 70-pint | 01/07 through 09/08 |
| FDL70S1 | 70-pint | 01/07 through 09/08 |
| FDM30R1 | 30-pint | 01/07 through 09/08 |
| FDR30S1 | 30-pint | 01/07 through 09/08 |

**Gree**

| Model number | Capacity | Date code range |
|---|---|---|
| 13-06090 | 30-pint | All units |
| 13-06091 | 45-pint | All units |
| 13-06092 | 50-pint | All units |
| 13-06093 | 70-pint | All units |
| GDN20AH-K4EAB1A | 20-pint | All units |
| GDN20AH-K5EBB3A | 20-pint | All units |
| GDN30AE-A3EBA8A | 30-pint | All units |
| GDN30AH-A4EBB1A | 30-pint | All units |
| GDN40AH-A4EBB1A | 40-pint | All units |
| GDN45AH-A3EBB2A | 45-pint | All units |
| GDN50AF-A3EBA8A | 50-pint | All units |
| GDN50AF-A3EBA8B | 50-pint | All units |
| GDN70AF-A3EBA8A | 70-pint | All units |
| GDN70AF-A3EBB3A | 70-pint | All units |
| GDN70AI-A3EBB2A | 70-pint | All units |
| GDNE30AEBA1A8A | 30-pint | All units |

| GDNE40AEBA1A8A | 40-Pint | All units |
| --- | --- | --- |
| GDNE50AFBA1A8A | 50-pint | All units |
| GDNE65AFBA1A8A | 65-pint | All units |

**Kenmore**

| Model number | Capacity | Date code range |
| --- | --- | --- |
| 407.52301210 | 30-pint | 2012-04 through 2012-09 |
| 407.52501210 | 50-pint | 2012-04 through 2012-09 |
| 407.52701210 | 70-pint | 2012-04 through 2012-09 |
| 407.52702210 | 70-pint | 2012-04 through 2012-08 |

**Norpole**

| Model number | Capacity | Date code range |
| --- | --- | --- |
| NPDH30PG | 30-pint | All units |

**Seabreeze**

| Model number | Capacity | Date code range |
| --- | --- | --- |
| DH450S | 50-pint | All units |
| DH470S | 70-pint | All units |

**SoleusAir**

| Model Number | Capacity | Date code range |
| --- | --- | --- |
| CFM-25E | 25-pint | All units |
| CFM-40E | 40-pint | All units |

| | | |
|---|---|---|
| DPI-30-03 | 30-pint | All units |
| DPI-40-03 | 40-pint | All units |
| DPI-50-03 | 50-pint | All units |
| DPI-50-30A | 50-pint | All units |
| DPI-70-03 | 70-pint | All Units |
| GL-DEH-30-1 | 30-pint | 1211 through 0612 |
| GL-DEH-45-2 | 45-pint | 1211 through 0612 |
| GL-DEH-50-2L2 | 50-pint | 1211 through 0612 |
| GL-DEH-50-2Q2 | 50-pint | 1211 through 0612 |
| GL-DEH-70-2S2 | 70-pint | 1211 through 0612 |
| GL-DEH-70P-2S2 | 70-pint | 0112 through 0612 |
| GM-DEH-30M-1L2 | 30-pint | 010512 through 061412 |
| GM-DEH-30M-1R2 | 30-pint | 010512 through 061412 |
| GM-DEH-45-1 | 45-pint | 122511 through 062112 |
| GM-DEH-70-1S2 | 70-pint | 010512 through 062112 |
| SG-DEH-25-4 | 25-pint | 032711 through 081712 |
| SG-DEH-30-2 | 30-pint | 032711 through 050712 |
| SG-DEH-30B-1 | 30-pint | 011210 through 041310 |

| SG-DEH-30M-1 | 30-pint | 010210 through 071512 |
| --- | --- | --- |
| SG-DEH-30M-1A | 30-pint | 121510 through 111011 |
| SG-DEH-30M-1L2 | 30-pint | 010510 through 071512 |
| SG-DEH-30M-1R2 | 30-pint | 010510 through 071512 |
| SG-DEH-45-1 | 45-pint | 010210 through 071512 |
| SG-DEH-45-1A | 45-pint | 121510 through 111011 |
| SG-DEH-45-2 | 45-pint | 032711 through 050712 |
| SG-DEH-50-2 | 50-pint | 010712 through 010712 |
| SG-DEH-70-1 | 70-pint | 010210 through 071512 |
| SG-DEH-70-1A | 70-pint | 121510 through 111011 |
| SG-DEH-70-2 | 70-pint | 032711 through 050712 |
| SG-DEH-70-2S2 | 70-pint | 032711 through 050712 |

## Remedy:

Consumers should immediately turn off and unplug the dehumidifiers and contact Gree to receive a refund.

## Incidents/Injuries:

The firms have received reports of 325 incidents, including 71 fires and $2,725,000 in property damage.

## Sold At:

AAFES, HH Gregg, Home Depot, Kmart, Lowe's, Menards, Mills Fleet Farm, Sam's Club, Sears and other stores nationwide and in Canada, and online at Amazon.com and Ebay.com, from January 2005 through August 2013 for between $110 and $400.

## Manufacturer(s):

Gree Electric Appliances, of China

## Importer(s):

Airwell of France; CNA of Wood Dale, Ill.; Danby of Ontario, Canada; De'Longhi of Italy; Frigidaire, of Charlotte, N.C.; Gree USA Sales Ltd. of City of Industry, Calif.; IRP of Pineville, N.C.; MJC America Ltd. dba Soleus International Inc. of Walnut, Calif.; and Sunrise of Quebec, Canada.

## Manufactured In:

China

## Units:

About 2.2 million in the United States and 52,500 in Canada