## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## (CENTRAL DIVISION)

| | |
|---|---|
| Allied Property and Casualty Insurance Company, as subrogee of Betty Davis-Cracraft, | Case No.: 4:18-cv-00275-RGE-HCA |
| Plaintiff, | |
| vs. | **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT GREE, USA, INC.** |
| Gree USA, Inc., | |
| Defendant. | |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, Allied Property and Casualty Insurance Company, as subrogee of Betty Davis-Cracraft, by and through its attorneys, and for its First Set of Requests for Production of Documents to Defendant GREE USA, Inc., states as follows:

### DEFINITIONS

In these Requests:

1.     The word "person(s)" means all entities and, without limiting the generality of the foregoing, includes natural persons, joint owners, associations, companies, partnerships, joint ventures, corporations, trusts and estates;

2.     The word "document(s)" means all written, printed, digital, electronic, recorded or graphic matter, photographic matter or sound reproductions, however, produced or reproduced, pertaining in any manner to the subject matter indicated, including all written, recorded, electronically stored or printed material of any kind, including the original and all non-identical copies whether different from the original by reason of any notations made on such copies or otherwise, and including without limitation correspondence, memoranda, notes, speeches, press releases, diaries, statistics, letters, telegrams, e-mails, telecopies, minutes, contracts, reports, studies, surveys, analyses, checks, statements, summaries, receipts, returns, pamphlets, books, inter-office and intra-office communications, offers, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, printed matter, computer print-outs, teletype, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing, and also including graphic or



aural records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, motion pictures), and all electronic, magnetic, mechanical, electro-mechanical, or electric records, representations or data of any kind (including without limitation data contained on tapes, cassettes, disks, recordings, contained on a floppy disk, compact disk, hard drive, USB drive, CD media, DVD media, zip drives, back-up or archival media, flash memory or any other electronic, optical, magnetic, mechanical or electro-mechanical media);

3.      The words "identify," "identity" and "identification" when used with respect to a document or documents, means to describe the document or documents, the date, subject matter, name(s) or person(s) who write, signed, initialed, dictated or otherwise participated in the creation of same, the name(s) and address(es) of each person or persons who have possession, custody or control of said document or documents.  If any such document was, but is no longer, in your possession, custody or control, in existence, state the date and manner of its disposition;

4.      The word incident or incidents means the incidents designated within the complaint involving dehumidifiers that caught fire in certain residences.

5.      The term "you" or "yours" as used herein shall refer to Gree USA, Inc. and any of its employees, agents, servants or consultants.

6.      The word "person" or "persons" as used herein shall include, without limitation, individuals, associations, partnerships and corporations.

7.      The term "defendant" and "defendants" as used herein shall refer to Gree USA, Inc. and any of their employees, agents or servants and any of its employees or agents.

8.      Whenever the context in which words are used in these requests indicate or suggest that such is the intent, words in the singular can include the plural, and vice versa, and words in the masculine, feminine or neuter shall include each of the other genders.

9.      The term "investigation" as used herein shall refer to any probe or inquiry into the incident as defined above.

10.      The term "product(s)" as used herein shall refer to the portable dehumidifiers referenced within Plaintiffs' operative Complaint, and shall include all components or subcomponents of the product.

11.      The term "the dehumidifier" or "subject dehumidifier" shall refer specifically to the dehumidifier in the premises at issue in this lawsuit at the time of the incident complained of in this lawsuit.

12.      The term "substantially similar dehumidifiers" shall refer all makes and model dehumidifiers manufactured by Gree Electric Appliance, Inc. of Zhuhai and that were recalled in 2012, 2013 or 2014.

13.     The term "your dehumidifiers" shall refer to all makes and models of dehumidifiers manufactured, designed, distributed or sold after January 1, 2006 by you, Gree Electric Appliance, Inc. of Zhuhai, MJC, Soleus, or any defendant named in this action.

14.     The term MJC shall refer to Defendant MJC America, Ltd., and/or its parent entities, subsidiaries, affiliates, divisions, holding companies, joint ventures, officers, directors, employees and/or agents, successors, heirs, co-venturers, and all other persons acting on behalf of, or under its direction or control.

15.     The term "Gree Hong Kong" refers to Defendant Hong Kong Gree Electric Appliance Sales, Ltd., and/or its parent entities, subsidiaries, affiliates, divisions, holding companies, joint ventures, officers, directors, employees and/or agents, successors, heirs, co-venturers and all other persons acting on behalf of, or under its direction or control.

16.     The term "Gree China" refers to Defendant GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI, and/or its parent entities, subsidiaries, affiliates, divisions, holding companies, joint ventures, officers, directors, employees and/or agents, and all other persons acting on behalf of, or under its direction or control.

## REQUESTS FOR PRODUCTION

**Request No. 1:**

All documents including all discovery materials, depositions, deposition exhibits, trial exhibits and all other non-privileged documents relating or directly or indirectly to MJC America, Ltd. v. Gree Electric Appliances, Inc. of Zhuhai, et al., United States District Court for the Central District of California, 2:13-cv-04264.

**RESPONSE:**


**Request No. 2:**

All trial exhibits from *MJC America, LTD v Gree Electric Appliance, Inc. of Zhuhai*, Case No. 13-cv-04264, United States District Court for the Central District of California.

**RESPONSE:**

**Request No. 3:**

    All Underwriter's Laboratory ("UL") files concerning the dehumidifiers and substantially similar dehumidifiers and compliance with UL standard 474 and Standard 94.

**RESPONSE:**


**Request No. 4:**

    All documents, relating, directly or indirectly, to the design of the dehumidifiers and substantially similar dehumidifiers, including any design drawings, cut sheets and any changes or modifications.

**RESPONSE:**


**Request No. 5:**

    All documents, relating, directly or indirectly, to any correspondence or exchange to or from the United States Consumer Product Safety Commission concerning the dehumidifiers and substantially similar dehumidifiers, including any and all documents relating to any consumer complaints and recalls of the dehumidifiers.

**RESPONSE:**


**Request No. 6:**

    All documents relating, directly or indirectly, to the recall including any documents and exchanged with Gree Electric Appliance, Inc. of Zhuhai concerning the dehumidifiers and substantially similar dehumidifiers, including any and all information concerning the return of dehumidifiers, the amount paid and the number of dehumidifiers that have not yet been returned.

**RESPONSE:**

**Request No. 7:**

An exemplar dehumidifier and an exemplar dehumidifier for all substantially similar dehumidifiers.

**RESPONSE:**


**Request No. 8:**

All documents relating, directly or indirectly, to any claim made by any person that the dehumidifier or a substantially similar dehumidifier overheated, emitted smoke and/or started a fire.

**RESPONSE:**


**Request No. 9:**

All documents exchanged between Gree USA, MJC America, Ltd., Gree Electric Appliance, Inc. of Zhuhai and Hong Kong Electric Appliances, Soleus Ltd., or relating directly or indirectly to any claim made by any person that the dehumidifier or a substantially similar dehumidifier overheated, emitted smoke and/or started a fire.

**RESPONSE:**


**Request No. 10:**

All documents relating to the materials and plastics used in the dehumidifier and substantially similar dehumidifiers.

**RESPONSE:**

**Request No. 11:**

All documents concerning, involving or in any way related to the design, assembly, manufacture, testing, inspection and distribution and sale of the subject dehumidifier and all substantially similar dehumidifiers.

**RESPONSE:**


**Request No. 12:**

All documents reflecting design objectives, design criteria and performance specifications of the product and all substantially similar dehumidifiers.

**RESPONSE:**


**Request No. 13:**

All documents related to any design changes requested by General Electric concerning products manufactured by Gree Electric Appliances, Inc. of Zhuhai for General Electric from 2006 through 2016.

**RESPONSE:**


**Request No. 14:**

All correspondence and communications with General Electric concerning the design, manufacture and distribution of dehumidifiers for General Electric from 2006 through the present.

**RESPONSE:**


**Request No. 15:**

All documents reflecting any changes, alterations or modifications in any of the following:

A.    performance specifications of the product and substantially similar products;

B.    design objectives for the product and substantially similar products;

C.    design criteria for the product and substantially similar products;

D.    quality assurance procedures used in connection with the design, manufacture and assembly of the product;

E.    instructions for the use of the product.

**RESPONSE:**

**Request No. 16:**

All documents concerning, involving or in any way related to complaints and claims concerning the product or substantially similar product designed, tested, created, manufactured, assembled, sold or distributed by you and/or Gree Electric Appliance, Inc. of Zhuhai. This request includes all investigations performed by you in relation to said complaints and claims.

**RESPONSE:**

**Request No. 17:**

All documents exchanged between you, Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliance Sales, Ltd. concerning the following:

A.    the formation of Gree USA;

B.    the design, manufacture, sale and distribution of dehumidifiers manufactured by Gree Electric Appliances, Inc. of Zhuhai;

C.    complaints concerning overheating and/or fires caused by dehumidifiers manufactured by Gree Electric Appliance, Inc. of Zhuhai;

D.    reporting to the Consumer Product Safety Commission concerning hazards associated with the dehumidifiers;

E.    correspondence with UL concerning any certification of the dehumidifiers.

**RESPONSE:**

**Request No. 18:**

All reports and correspondence to and from any independent testing laboratory or engineering group concerning any dehumidifiers manufactured, distributed, sold or distributed by you after 2006, including the Intek reports and correspondence, and Exponent reports and correspondence.

**RESPONSE:**

**Request No. 19:**

Any documents related to any indemnification agreement among and between Gree Electric Appliances, Inc. of Zhuhai, Hong Kong Gree Electric Appliance Sales, Ltd., and Gree USA relating to any claims concerning the dehumidifier and substantially similar dehumidifiers.

**RESPONSE:**

**Request No. 20:**

All reports, correspondence, information relied upon, curriculum vitae for any experts you intend to testify on your behalf at the time of trial- including damages experts.

**RESPONSE:**

**Request No. 21:**

Any documents, reports, and correspondence exchanged between Charlie Loh and Jimmie Loh with Gree China and Hong Kong Gree Electric Appliance Sales, Ltd. regarding consumer complaints about and concerns with the dehumidifier and substantially similar dehumidifiers.

**RESPONSE:**

**Request No. 22:**

Any documents, reports, and correspondence regarding Larry Lam's, employee of Hong Kong Gree Electric Appliance Sales, Ltd., and engineer Ju's, employee of Gree China, meeting or meetings with Charlie Loh and Jimmie Loh during September 2012.

**Request No. 23:**

All documents related to the substantiation of any claim that your dehumidifiers are or ever were properly UL certified.

**Request No. 24:**

Copies of any packaging or trade dress, marketing materials for your dehumidifiers wherein it states that your dehumidifiers are UL certified.

**Request No. 25:**

Please produce all documents identified in your responses to Plaintiff's First Set of Interrogatories to Gree USA, Inc., served herewith.

Dated:  October 18, 2018

By: _____

Kevin J. Driscoll AT0002245
Finley Law Firm, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Phone: 515.288.0145
kdriscoll@finleylaw.com

and

Marisa L. Saber (*admitted PHV*)
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
Phone: (312) 382-3100
Fax: (312) 382-8910
msaber@cozen.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the aforesaid **Plaintiff's First Set of Requests for Production of Documents to Defendant Gree, USA, Inc.** has been sent for service via e-mail and U.S. Mail this 18th day of October, 2018.

Donna R. Miller
Clark I. Mitchell
GREFE & SIDNEY, P.L.C.
500 E. Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA 50306
dmiller@grefesidney.com
cmitchell@grefesidney.com

*Attorneys for Defendant*


_____

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## (CENTRAL DIVISION)

| | |
|---|---|
| Allied Property and Casualty Insurance Company, as subrogee of Betty Davis-Cracraft,<br><br>Plaintiff,<br><br>vs.<br><br>Gree USA, Inc.,<br><br>Defendant. | Case No.: 4:18-cv-00275-RGE-HCA<br><br>**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT GREE, USA, INC.** |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff, Allied Property and Casualty Insurance Company, as subrogee of Betty Davis-Cracraft, by and through its attorneys, and for its First Set of Interrogatories to Defendant GREE USA, Inc., states as follows:

## DEFINITIONS

In these Interrogatories:

1.     The word "person(s)" means all entities and, without limiting the generality of the foregoing, includes natural persons, joint owners, associations, companies, partnerships, joint ventures, corporations, trusts and estates;

2.     The word "document(s)" means all written, printed, digital, electronic, recorded or graphic matter, photographic matter or sound reproductions, however, produced or reproduced, pertaining in any manner to the subject matter indicated;

3.     The words "identify," "identity" and "identification" when used with respect to a person or persons, means to state the full name and present or last known job title, and the name and address and his present and last known employer;

4.     The words "identify," "identity" and "identification" when used with respect to a document or documents, means to describe the document or documents, the date, subject matter, name(s) or person(s) who write, signed, initialed, dictated or otherwise participated in the creation of same, the name(s) and address(es) of each person or persons who have possession, custody or control of said document or documents.  If any such document was, but is no longer, in your possession, custody or control, in existence, state the date and manner of its disposition;

5.      The words "identify," "identity" and "identification" when used with respect to a conversation means:

        A.      The time of such conversation;

        B.      The place of such conversation;

        C.      The identity of each person who participated in or overheard the conversation;

        D.      The substance of the conversation including who said what;

        E.      Whether any minutes, notes or memoranda were kept, and if so, identify the custodian of such documents.

6.      The word incident or incidents means the incidents designated within the complaint involving dehumidifiers that caught fire in certain residences.

## INTERROGATORIES

**Interrogatory No. 1:**

Please identify the dehumidifier at issue in this lawsuit by model number, serial number, date of manufacturer and identify what entity purchased the product from GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI (hereinafter identified as "Gree China") for the purposes of importing the product into the United States.

**ANSWER:**


**Interrogatory No. 2:**

Please identify all standards that Gree USA has provided to its employees and/or contractors since January 1, 2008 concerning the inspection, repair or recall of Gree China dehumidifiers.

**ANSWER:**

**Interrogatory No. 3:**

Please identify all policies, manuals and/or guidelines Gree USA has used/created since January 1, 2007 relating to, in whole or in part, the inspection of Gree China dehumidifiers and/or reporting the need for inspection, repair, or recall relating to any fire hazard.

**ANSWER:**


**Interrogatory No. 4:**

Please identify all documents relating to, referring to, and/or evidencing any concerns Gree USA had regarding a potential fire hazard associated with dehumidifiers from Gree China.

**ANSWER:**


**Interrogatory No. 5:**

Please identify all documents relating to or concerning any communications between Gree USA and Gree China regarding potential fire hazards associated with dehumidifiers from Gree China.

**ANSWER:**


**Interrogatory No. 6:**

Please identify all documents which refer to, relate to and/or evidence any policies, guidelines and/or procedures for removing, preserving and/or destroying evidence located within the Gree USA based offices.

**ANSWER:**

**Interrogatory No. 7:**

Please identify all documents which refer to, relate to and/or evidence any expert reports which discuss a design defect within Gree China dehumidifiers.

**ANSWER:**


**Interrogatory No. 8:**

Please identify all documents which refer to, relate to and/or evidence Gree USA's decision to halt sales of Gree China dehumidifiers between January 1, 2012 and December 31, 2013.

**ANSWER:**


**Interrogatory No. 9:**

Please state whether Gree USA resumed selling Gree China dehumidifiers after December 1, 2012, and if so, please identify

  A. all records relating to same;

  B. the date that your or Gree Zhuhai resumed sales;

  C. the reason for the resumption of sales;

  D. all persons involved in the decision to resume the sales;

  E. the total volume of sales for you and Gree Zhuhai dehumidifiers in the United States from December 1, 2012 to the present;

  F. the total revenue broken down by state for your dehumidifiers sold in the United States from December 1, 2012 to the present.

**ANSWER:**

**Interrogatory No. 10:**

Please state whether any third party performed any testing on the dehumidifiers.  If so, identify:

        A.    all records relating to same;

        B.    the name of the testing agency;

        C.    the date of the testing;

        D.    the reason for the testing;

        E.    all results of the testing.

**ANSWER:**


**Interrogatory No. 11:**

State whether you received any complaints from customers who purchased a dehumidifier in the last 10 years regarding any potential fire hazards.  If so, identify:

        A.  all records relating to same;

        B.  identify the product by model number, serial number, SKU number, upc number, date of manufacturer and identify what entity purchased the product from Gree China for the purposes of importing the product into the United States;

        C.  the reason for the complaint;

        D.  identify all remedial measures taken to address the customer's complaint.

        E.  state with particularity what you did to investigate such complaints.

**ANSWER:**

**Interrogatory No. 12:**

Please state all annual sales figures associated with Gree USA dehumidifiers in the U.S. market in the last 10 years, separated and identified by year and by model numbers, SKU numbers, UPC number, and broken down by state.

**ANSWER:**


**Interrogatory No. 13:**

Please state all annual revenue associated with Gree USA dehumidifiers in the U.S. market in the last 10 years, separated and identified by year and by model numbers, SKU numbers, UPC number, and broken down by state.

**ANSWER:**


**Interrogatory No. 14:**

Please state annual volume of dehumidifiers you shipped to the U.S. market in the last 10 years, separated and identified by year and by model numbers.

**ANSWER:**


**Interrogatory No. 15:**

Please state all returns and refunds associated with your dehumidifiers in the U.S. market in the last 10 years, separated and identified by year and by model numbers, SKU number, and UPC number, and broken down by state.

**ANSWER:**

**Interrogatory No. 16:**

Please identify all makes and models of dehumidifiers sold into the U.S. market by you in the last 10 years by providing SKU number, UPC number, product number, product name, and any trade name associated with each product.

**ANSWER:**

**Interrogatory No. 17:**

Please state all actions taken by you in response to any recall of your dehumidifiers in the last 10 years.

**ANSWER:**

**Interrogatory No. 18:**

Did you investigate the November 29, 2015 Betty Davis-Cracraft residence fire?  If so, identify all employees with knowledge of the cause of the fire and all records, including photographs relating to said investigation.

**ANSWER:**

**Interrogatory No. 19:**

Identify all Gree USA employees responsible for any decisions to halt sales of Gree China dehumidifiers from 2008 until the current date.

**ANSWER:**

**Interrogatory No. 20:**

State with particularity your policy for claims alleging your products caused any fire or property damage.

**ANSWER:**


**Interrogatory No. 21:**

State the total number of claims that have been made alleging your dehumidifiers caused any fire or property damage.

**ANSWER:**


**Interrogatory No. 22:**

State with particularity all amounts you have paid in response to any claims made alleging that your dehumidifiers caused any fire or property damage by describing the date of the claim, the date of payment, the identity of the claimant, the identity of the party you paid in response to the claim, and the amount paid on each the claim.

**ANSWER:**


**Interrogatory No. 23:**

Is your response to each request for admission served with these interrogatories an unqualified admission?  If not, for each response that is not an unqualified admission:

(a) state the number of the request;

(b) state all facts upon which you base your response;

(c) state the names, addresses, and telephone numbers of all persons who have knowledge of those facts; and

(d) identify all documents and other tangible things that support your response and state the name, address, and telephone number of the person who has each document or thing.

**ANSWER:**

## VERIFICATION

STATE OF _____      )
                        ) ss.
COUNTY OF _____     )


       I_____, being first duly sworn on oath, deposes and states that he is a duly authorized representative of _____, Defendant herein, and as such is authorized to execute this verification.  That he has read the foregoing answers to Interrogatories; that the Answers are subject to inadvertent or undiscovered errors and are necessarily limited by the records and information currently in existence, presently recollected, and thus far discovered; that the answers and responses were prepared with the assistance of counsel and certain matters stated therein are not within his personal knowledge, but were based on knowledge or information supplied by others, and subject to the limitations therein, the answers are true to the best of his knowledge and belief.


      Dated this _____ day of _____ 2018.

Dated:  October 18, 2018

By: _____

Kevin J. Driscoll AT0002245
Finley Law Firm, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Phone: 515.288.0145
kdriscoll@finleylaw.com

and

Marisa L. Saber (*admitted PHV*)
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
Phone: (312) 382-3100
Fax: (312) 382-8910
msaber@cozen.com
***Attorneys for Plaintiff***

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the aforesaid **Plaintiff's First Set of Interrogatories to Defendant Gree, USA, Inc.** has been sent for service via e-mail and U.S. Mail this 18th day of October, 2018.

Donna R. Miller
Clark I. Mitchell
GREFE & SIDNEY, P.L.C.
500 E. Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA 50306
dmiller@grefesidney.com
cmitchell@grefesidney.com

***Attorneys for Defendant***

_____